IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CEDRIC ALFRED FENDERSON,     )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )          2:15cv746-MHT
                             )               (WO)
JEFFERSON S. DUNN,           )
Prison Commissioner,         )
                             )
    Defendant.               )
```

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff Cedric Alfred Fenderson, a state inmate, filed this lawsuit complaining about a lack of security at the prison which, he alleges, led to his being stabbed by another inmate.  This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404.  There are no objections

to the recommendation. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama.

The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 25th day of November, 2015.

                                   /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**